UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES RASO, TRUSTEE OF THE MASSACHUSETTS BRICKLAYERS AND MASONS HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS,<br><br>*Plaintiff,*<br><br>v.<br><br>STONEWORKS BY RAND,<br><br>*Defendant.* | Civil Action No. 03-12535-RCL |

## NOTICE OF APPEARANCES

PLEASE TAKE NOTICE that Daniel J. Blake and Heather C. Krauss hereby enter their appearances as counsel for Defendant, Stoneworks by Rand, in the above-captioned matter.

Respectfully submitted,

STONEWORKS BY RAND,

By its attorneys,

_____
Daniel J. Blake (BBO #552922)
Heather C. Krauss (BBO #644457)
EPSTEIN, BECKER & GREEN, P.C.
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: March 3, 2004

## CERTIFICATE OF SERVICE

I, Daniel J. Blake, hereby certify that on March 3, 2004, a true copy of the foregoing document was served via first-class U.S. mail, postage prepaid, upon Plaintiff's counsel, Catherine M. Campbell, Feinberg, Campbell & Zack, P.C., 177 Milk Street, Suite 300, Boston, MA 02109.

_____
Daniel J. Blake