UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE OF THE MASSACHUSETTS BRICKLAYERS AND MASONS HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS,<br><br>*Plaintiff,*<br><br>v.<br><br>STONEWORKS BY RAND,<br><br>*Defendant.* | Civil Action No. 03-12535-RCL |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant, Stoneworks by Rand, submits the following corporate disclosure statement.

At the present time, Stoneworks by Rand has no parent corporation and no publicly held corporation owns 10% or more of its stock. If necessary, Stoneworks by Rand will supplement this statement in accordance with Fed. R. Civ. P. 7.1(b)(2) and Local Rule 7.3(B).

Respectfully submitted,

STONEWORKS BY RAND,

By its attorneys,

Daniel J. Blake (BBO #552922)
Heather C. Krauss (BBO #644457)
EPSTEIN, BECKER & GREEN, P.C.
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: March 3, 2004

## CERTIFICATE OF SERVICE

I, Daniel J. Blake, hereby certify that on March 3, 2004, a true copy of the foregoing document was served via first-class U.S. mail, postage prepaid, upon Plaintiff's counsel, Catherine M. Campbell, Feinberg, Campbell & Zack, P.C., 177 Milk Street, Suite 300, Boston, MA 02109.

Daniel J. Blake