UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CHARLES RASO, TRUSTEE OF THE )
MASSACHUSETTS BRICKLAYERS AND )
MASONS HEALTH AND WELFARE, )
PENSION AND ANNUITY FUNDS, )
)
    *Plaintiff,* )
)
v. )
)
STONEWORKS BY RAND, )    Civil Action No. 03-12535-RCL
)
    *Defendant.* )
)

## DEFENDANT'S LOCAL RULE 16.1 (D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), Defendant, Stoneworks by Rand, and the undersigned counsel hereby certify that they have conferred:

    (a)    With a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and,

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Counsel for Defendant,

_____
Daniel J. Blake (BBO #552922)
Heather C. Krauss (BBO #044457)
EPSTEIN BECKER & GREEN, P.C.
111 Huntington Avenue
Boston, MA 02199

DATED: MAR. 2. 04

STONEWORKS BY RAND,

_____
J. Jeffrey Rand