UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 MAR -5  P 12: 28

DISTRICT COURT
DISTRICT OF MASS.

CHARLES RASO, TRUSTEE )
of the MASSACHUSETTS BRICKLAYERS )
AND MASONS HEALTH AND WELFARE, )
PENSION AND ANNUITY FUNDS, )
)
Plaintiff, )      C. A. No. 03cv12535 RCL
)
v. )
)
STONEWORKS BY RAND )
Defendants. )
)

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The Plaintiff, Charles Raso, Trustee of the Massachusetts Bricklayers and Masons Health and Welfare, Pension and Annuity Funds, and his counsel hereby certify that we have conferred:

(a)   with a view to establish a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and,

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_[signature]_
Charles Raso, Trustee of the Massachusetts
Bricklayers and Masons Health and
Welfare, Pension and Annuity Funds

2/26/04
Dated

_[signature]_
Catherine M. Campbell
BBO# 549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

3/3/04
Dated