UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE<br>of the MASSACHUSETTS BRICKLAYERS<br>AND MASONS HEALTH AND WELFARE,<br>PENSION AND ANNUITY FUNDS,<br><br>           Plaintiff,<br><br>v.<br><br>STONEWORKS BY RAND<br>           Defendants. | C. A. No. 03cv12535 RCL |

**PLAINTIFF FUND'S SUPPLEMENTAL DISCLOSURE STATEMENT
PURSUANT TO F.R.C.P. 26(A)(1)**

Pursuant to Federal rules of Civil Procedure 26 (a)(1) and Local Rule 26.2 (A), Plaintiff supplements his response to (B) as follows:

BAC Local 3 Eastern Massachusetts Chapters Wage/Fringe Packages Effective 8/1/01

BAC Local 3 Eastern Massachusetts Chapters Wage/Fringe Packages Effective 2/1/02

BAC Local 3 Eastern Massachusetts Chapters Wage/Fringe Packages Effective 8/1/02

BAC Local 3 Eastern Massachusetts Chapters Wage/Fringe Packages Effective 2/1/03

BAC Local 3 Eastern Massachusetts Chapters Wage/Fringe Packages Effective 8/1/03

Plaintiff reserves the right to amend this statement.

Dated: April 13, 2004                             Respectfully submitted,

                                                      Catherine M. Campbell
                                                     BBO# 549397
                                                     Feinberg, Campbell & Zack, PC
                                                     177 Milk Street
                                                     Boston, MA 02109


                                                   /s/ Catherine M. Campbell_____
                                                   Attorney for Plaintiff, Charles Raso



                                                     Certificate of Service

     I, Catherine M. Campbell, attorney for the plaintiff, hereby certifies that on this day I hand delivered a copy of the within documents by U.S. Mail to Daniel J. Blake and Heather C. Krauss, Epstein Becker & Green, P.C., 111 Huntington Avenue, 26th Floor, Boston, MA 02199.


Dated: April 13, 2004                             /s/ Catherine M. Campbell_____
                                                   Catherine M. Campbell