UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE <br> of the MASSACHUSETTS BRICKLAYERS <br> AND MASONS HEALTH AND WELFARE, <br> PENSION AND ANNUITY FUNDS, <br><br> Plaintiff, <br><br> v. <br><br> STONEWORKS BY RAND <br> Defendants. | C. A. No. 03cv12535 RCL |

## MOTION FOR LEAVE TO FILE THE FIRST AMENDED COMPLAINT

Now comes the Plaintiff, Charles Raso, Trustee of the Bricklayers and Masons Trust Funds (hereinafter "the Funds"), who moves to amend his complaint pursuant to F.R.C.P. 15 and submits the attached Amended Complaint for filing. This is an action for the collection of delinquent employee benefit contributions pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001, *et seq.*. In support of this motion, Plaintiff relies upon the attached Memorandum of Law.

Dated:

Respectfully submitted,

For the Plaintiff,

Catherine M. Campbell
BBO# 549397
Feinberg, Campbell & Zack, PC
177 Milk Street
Boston, MA 02109
(617) 338-1976

## Certificate of Service

I, Catherine M. Campbell, attorney for the plaintiff, hereby certifies that on this day I hand delivered a copy of the within documents by U.S. Mail to Daniel J. Blake and Heather C. Krauss, Epstein Becker & Green, P.C., 111 Huntington Avenue, 26th Floor, Boston, MA 02199.

Dated:

_____
Catherine M. Campbell