UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE<br>of the MASSACHUSETTS BRICKLAYERS<br>AND MASONS HEALTH AND WELFARE,<br>PENSION AND ANNUITY FUNDS,<br><br>Plaintiff,<br><br>v.<br><br>STONEWORKS BY RAND<br>Defendants. | C. A. No. 03cv12535 RCL |

**CERTIFICATE OF LOCAL RULE 7.1 CONFERENCE**

I, Catherine M. Campbell, counsel for Plaintiff Charles Langone, hereby certify that I have conferred with Daniel J. Blake and Heather C. Krauss, counsel for the Defendants, with regard to the Plaintiff's Motion For Leave To Amend The Complaint, and attempted in good faith to resolve or narrow the issues in the present matter.

Dated: April 15, 2004

/s/ Catherine M. Campbell
Catherine M. Campbell