UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE<br>of the MASSACHUSETTS BRICKLAYERS<br>AND MASONS HEALTH AND WELFARE,<br>PENSION AND ANNUITY FUNDS,<br><br>Plaintiff,<br><br>v.<br><br>STONEWORKS BY RAND, RAND<br>STONEWORKS<br>Defendants. | C. A. No. 03-12535-RCL |

### ACCEPTANCE OF SERVICE

I am hereby authorized to accept service on behalf of Stoneworks By Rand and Rand Stoneworks in the case of Charles Raso, Trustee of the Massachusetts Bricklayers and Masons Health and Welfare, Pension and Annuity Funds vs. Stoneworks By Rand and Rand Stoneworks, pending in the United States District Court, District of Massachusetts, Case No. 03-12535 RCL. The Plaintiff waives service of a summons in such action. The date of service is May 5, 2004.

STONEWORKS BY RAND
RAND STOENWORKS
By their attorney,

_/s/ Daniel J. Blake_
Daniel J. Blake, Esq.
Heather C. Krauss, Esq.
Epstein Becker & Green, P.C.,
111 Huntington Avenue, 26th Floor,
Boston, MA 02199.

# FEINBERG, CAMPBELL & ZACK, P.C.

Attorneys at Law

177 Milk Street, Suite 300 • Boston, Massachusetts 02109

617-338-1976

Fax 617-338-7070   Toll Free 800-338-6004

MICHAEL A. FEINBERG
maf@fczlaw.com
CATHERINE M. CAMPBELL
cmc@fczlaw.com
Also admitted in California
ARTHUR G. ZACK
agz@fczlaw.com

JONATHAN M. CONTI
jmc@fczlaw.com
Also admitted in Connecticut
and Wisconsin

May 14, 2004

Office of the Clerk
United States District Court
One Courthouse Way, Suite 2300
Boston, MA 02210

    Re:    Charles Raso, Trustee v. Stoneworks by Rand
           Civil Action No.: 03cv12535 RCL

Dear Sir/Madam:

    Pursuant to the above-referenced matter, enclosed please find an Acceptance of Service. Kindly file and docket in the usual manner.

                                          Very truly yours,

                                          Catherine M. Campbell

CMC:md
Enclosure
cc: Daniel J. Blake, Esq.
F:\TEAMSTER\Mass. Bricklayers and Masons Collections\Stoneworks By Rand\Correspondence\clerk 5.14.04.doc