AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ for the _____ DISTRICT OF __Massachusetts__

Charles Raso, Trustee of the Massachusetts
Bricklayers and Mason Health and Welfare,
Pension and Annuity Funds

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER. 03cv12535 RCL

Stoneworks by Rand, Rand Stoneworks and
Bowdoin Construction Corporation

TO: (Name and address of defendant)

    Bowdoin Construction Corporation
    220-1 Reservoir Street
    Needham Heights, MA 02494

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Catherine M. Campbell, Esquire
    Feinberg, Campbell & Zack, P.C.
    177 Milk Stret
    Boston, MA 02109
    (617) 338-1976

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(BY) DEPUTY CLERK

DATE  11/5/2004

AO 440 (Rev. 10/93) Summons in a Civil Action

| | | |
|---|---|---|
| Servic | ![Sheriff star] | **Norfolk County Sheriff's Department** P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787 |
| NAME OF | | Norfolk, ss. |

Check

November 15, 2004

☐ Se — I hereby certify and return that on 11/15/2004 at 8:32AM I served a true and attested copy of the summons and second amended complaint in this action in the following manner: To wit, by delivering in hand to Lisa Fitzgerald, admin. assistant, , person in charge at the time of service for Bowdoin Construction Corporation, at 220-1 Reservoir Street, Needham Heights, MA 02494. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and

☐ Le di Handling ($1.00), Travel ($7.68) Total Charges $48.18
Nɛ

*Emis Riggs*
Deputy Sheriff

Deputy Sheriff James E. Riggs

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date                                      Signature of Server

                                                          _____
                                                          Address of Server

1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.