UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE<br>of the MASSACHUSETTS BRICKLAYERS<br>AND MASONS HEALTH AND WELFARE,<br>PENSION AND ANNUITY FUNDS,<br><br>          Plaintiff,<br><br>v.<br><br>STONEWORKS BY RAND, RAND<br>STONEWORKS<br><br>and<br><br>BOWDOIN CONSTRUCTION<br>CORPORATION<br>          Defendants. | C. A. No. 03-12535-RCL |

## CERTIFICATE OF RULE 7.1 CONFERENCE

I, Catherine M. Campbell, counsel for Plaintiff Charles Raso in the above-captioned matter, hereby certify that I have confer with Daniel J. Blake, Esq. and Warren H. Brodie, Esq., representing each Defendant in the above-captioned matter. They do not have any objection to the Motion.

                                                    Respectfully Submitted

Dated: November 30, 2004                For the Plaintiff,

                                                    CHARLES RASO, FUND MANAGER
of the MASACHUSETTS BRICKLAYERS
AND MASONS HEALTH AND WELFARE
PENSION AND ANNUITY FUNDS
By his Attorney,

/s/ Catherine M. Campbell
Catherine M. Campbell
BBO# 549397
Feinberg, Campbell & Zack, PC
177 Milk Street
Boston, MA 02109
(617) 338-1976