UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES RASO, TRUSTEE,

    *Plaintiff,*

V.

STONEWORKS BY RAND and RAND STONEWORKS,

    *Defendants,*

and

BOWDOIN CONSTRUCTION CORPORATION,

    *Reach-and –Apply Defendant.*

C.A. No. 03-12535-RCL

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Answer of Reach-And-Apply Defendant, Bowdoin Construction Corporation to Second Amended Complaint

The original documents are maintained in the case file in the Clerk's Office.

For the defendant,
Bowdoin Construction Corporation,
By its attorneys,
Law Offices of Warren H. Brodie, P.C.,

By: _/s/ Warren H. Brodie_
WARREN H. BRODIE
40 Grove Street
Wellesley, MA 02482
(781) 235-1100
BBO# 058000