UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CHARLES RASO, TRUSTEE OF THE MASSACHUSETTS BRICKLAYERS AND MASONS HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, | ) ) ) ) ) ) | |
| | ) | Civil Action No. 03-12535-RCL |
| *Plaintiff,* | ) | |
| *v.* | ) ) | |
| STONEWORKS BY RAND and RAND STONEWORKS, | ) ) ) | |
| *Defendants.* | ) ) | |

## NOTICE OF LAW FIRM CHANGE AND CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective February 1, 2005, Attorneys Daniel J. Blake and Heather C. Krauss, counsel for the Defendants Stoneworks by Rand and Rand Stoneworks, will have a new address:

Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Respectfully submitted,

STONEWORKS BY RAND and
RAND STONEWORKS

By their attorneys,

/s/Daniel J. Blake
Daniel J. Blake, BBO #552922
Heather C. Krauss, BBO #644457
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated: February 2, 2005

BO:142887v1