UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE<br>of the MASSACHUSETTS BRICKLAYERS<br>AND MASONS HEALTH AND WELFARE,<br>PENSION AND ANNUITY FUNDS,<br><br>                Plaintiff,<br><br>v.<br><br>STONEWORKS BY RAND, RAND<br>STONEWORKS<br><br>and<br><br>BOWDOIN CONSTRUCTION<br>CORPORATION<br>                Defendants. | C. A. No. 03-12535-RCL |

**JOINT MOTION TO AMEND OF DISCOVERY SCHEDULE**

Under the Joint Pre-Trial Schedule in the above action, the deadline for discovery is February 10, 2005 with Motions for Summary Judgment to be filed by March 10, 2005. In light of the recent change in counsel for Defendant Stoneworks by Rand and Rand Stoneworks, depositions previously scheduled were postponed. In order to allow new counsel sufficient time to review the file, additional time is required to reschedule depositions and explore a possible settlement of the matter. The parties therefore request that the discovery deadline be extended to April 10, 2005 with Motions for Summary Judgment to be filed by May 10, 2005.

| For the Plaintiff, | For the Defendants, |
|---|---|
| CHARLES RASO, FUND MANAGER of the MASSACHUSETTS BRICKLAYERS AND MASONS HEALTH AND WELFARE PENSION AND ANNUITY FUNDS By his Attorney, | STONEWORKS BY RAND and RAND STONEWORKS<br><br>By their Attorney, |
| /s/ Catherine M. Campbell<br>Catherine M. Campbell<br>BBO# 549397<br>Feinberg, Campbell & Zack, P.C.<br>177 Milk Street<br>Boston, MA 02109<br>(617) 338-1976 | /s/ Ralph N. Cecere<br>Ralph N. Cecere<br>BBO# 550041<br>McNaught, Cecere & McNaught, P.C.<br>6 Eastman Place<br>Melrose, MA 02176<br>(207) 885-5227 |

For Defendant,

BOWDOIN CONSTRUCTION CORPORATION

/s/ Warren H. Brodie
Warren H. Brodie
BBO# 058000
Law Offices of Warren H. Brodie, P.C.
40 Grove Street, Suite 220
Wellesley, MA 02482-7702
(781) 235-1100