UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES RASO, TRUSTEE OF THE MASSACHUSETTS BRICKLAYERS AND MASONS HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS,<br><br>    *Plaintiff,*<br>v.<br><br>STONEWORKS BY RAND and RAND STONEWORKS,<br><br>    *Defendants.* | Civil Action No. 03-12535-RCL |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ralph N. Cecere hereby enters his appearance as counsel for Defendants Stoneworks by Rand and Rand Stoneworks in the above-captioned matter.

    Respectfully submitted,

    STONEWORKS BY RAND and
    RAND STONEWORKS

    By their attorney,

    _____
    Ralph N. Cecere, BBO #550041
    McNaught, Cecere & McNaught, P.C.
    6 Eastman Place
    Melrose, MA 02176
    (781) 662-0291

Dated: February 4, 2005

## CERTIFICATE OF SERVICE

    I, Heather C. Krauss, hereby certify that on February 4, 2005, a true copy of the foregoing document was served by U.S. mail upon the following individuals:

Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Suite 300
Boston, MA 02109

Warren H. Brodie, Esq.
Law Offices of Warren H. Brodie, P.C.
40 Grove Street
Suite 220
Wellesley, MA 02482-7702

Ralph N. Cecere, Esq.
McNaught, Cecere & McNaught, P.C.
6 Eastman Place
Melrose, MA 02176

Steven Rand, Esq.
Stoneworks by Rand
55 Stroudwater Street
Westbrook, ME 04092

J. Jeffrey Rand
Rand Stoneworks
326 U.S. Route 1
Scarborough, ME 04074

_____
Heather C. Krauss