COURT
OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2005 JAN 35  P  5: 20

|  |  |
|---|---|
| CHARLES RASO, TRUSTEE OF THE MASSACHUSETTS BRICKLAYERS AND MASONS HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, | ) ) ) ) ) ) ) |
| *Plaintiff,* | ) ) |
| v. | ) ) |
| STONEWORKS BY RAND and RAND STONEWORKS, | ) ) ) |
| *Defendants.* | ) ) ) |

OFFICE.

Civil Action No. 03-12535-RCL

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to LR 83.5.2(c), Foley & Lardner LLP and its undersigned counsel  hereby give

notice that they are withdrawing as counsel for the Defendants Stoneworks by Rand and Rand

Stoneworks.  The undersigned further state as follows:

1.     This Notice of Withdrawal is accompanied by the Notice of Appearance of Ralph

N. Cecere, Esq. of the law firm McNaught, Cecere & McNaught, P.C. as counsel for Defendants

Stoneworks by Rand and Rand Stoneworks.

2.     There are no motions pending before the Court.

3.     No trial date has been set.

4.     No hearings or conferences are scheduled, and no oral or written reports are due.

5.     Proof of service of this Notice of Withdrawal on the client and all other parties is

attached.

Respectfully submitted,

*Heate C. Krau*

Daniel J. Blake, BBO #552922
Heather C. Krauss, BBO #644457
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4000

Dated:  February 4, 2005

## CERTIFICATE OF SERVICE

I, Heather C. Krauss, hereby certify that on February 4, 2005, a true copy of the foregoing document was served by U.S. mail upon the following individuals:

Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Suite 300
Boston, MA  02109

Warren H. Brodie, Esq.
Law Offices of Warren H. Brodie, P.C.
40 Grove Street
Suite 220
Wellesley, MA  02482-7702

Ralph N. Cecere, Esq.
McNaught, Cecere & McNaught, P.C.
6 Eastman Place
Melrose, MA 02176

Steven Rand, Esq.
Stoneworks by Rand
55 Stroudwater Street
Westbrook, ME 04092

J. Jeffrey Rand
Rand Stoneworks
326 U.S. Route 1
Scarborough, ME 04074

Heather C. Krauss
_____
Heather C. Krauss