UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES RASO, TRUSTEE<br>of the MASSACHUSETTS BRICKLAYERS<br>AND MASONS HEALTH AND WELFARE,<br>PENSION AND ANNUITY FUNDS,<br>                Plaintiff,<br><br>v.<br><br>STONEWORKS BY RAND, RAND<br>STONEWORKS<br>and BOWDOIN CONSTRUCTION<br>CORPORATION<br>                Defendants. | C. A. No. 03-12535-RCL |

**JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT AND ORDER**

NOW COME, Plaintiff Charles Raso and Defendants Stoneworks by Rand and Rand Stoneworks and request the Court issue the attached Stipulated Judgment and Order as the parties have reached a settlement of this matter.  Upon approval of this Motion, Plaintiff will file a Dismissal of the action against Reach and Apply Defendant Bowdoin Corporation.

| For the Plaintiff, | For the Defendants, |
|---|---|
| CHARLES RASO, FUND MANAGER<br>of the MASSACHUSETTS BRICKLAYERS<br>AND MASONS HEALTH AND WELFARE<br>PENSION AND ANNUITY FUNDS<br>By his Attorney, | STONEWORKS BY RAND and<br>RAND STONEWORKS<br><br><br>By their Attorney, |
| /s/ Catherine M. Campbell<br>Catherine M. Campbell<br>BBO# 549397<br>Feinberg, Campbell & Zack, P.C.<br>177 Milk Street<br>Boston, MA 02109<br>(617) 338-1976 | /s/ Ralph N. Cecere<br>Ralph N. Cecere<br>BBO# 550041<br>McNaught, Cecere & McNaught, P.C.<br>6 Eastman Place<br>Melrose, MA 02176<br>(207) 885-5227 |
| Dated: May 2, 2005 | Dated: May 2, 2005 |