UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE<br>of the MASSACHUSETTS BRICKLAYERS<br>AND MASONS HEALTH AND WELFARE,<br>PENSION AND ANNUITY FUNDS,<br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>STONEWORKS BY RAND, RAND<br>STONEWORKS<br>and BOWDOIN CONSTRUCTION<br>CORPORATION<br>　　　　　　　　　　Defendants. | C. A. No. 03-12535-RCL |

### JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT AND ORDER

NOW COME, Plaintiff Charles Raso and Defendants Stoneworks by Rand and Rand Stoneworks and request the Court issue the attached Stipulated Judgment and Order as the parties have reached a settlement of this matter. Upon approval of this Motion, Plaintiff will file a Dismissal of the action against Reach and Apply Defendant Bowdoin Corporation.

| For the Plaintiff, | For the Defendants, |
|---|---|
| CHARLES RASO, FUND MANAGER<br>of the MASSACHUSETTS BRICKLAYERS<br>AND MASONS HEALTH AND WELFARE<br>PENSION AND ANNUITY FUNDS<br>By his Attorney, | STONEWORKS BY RAND and<br>RAND STONEWORKS<br><br>By their Attorney, |
| /s/ Catherine M. Campbell<br>Catherine M. Campbell<br>BBO# 549397<br>Feinberg, Campbell & Zack, P.C.<br>177 Milk Street<br>Boston, MA 02109<br>(617) 338-1976 | /s/ Ralph N. Cecere<br>Ralph N. Cecere<br>BBO# 550041<br>McNaught, Cecere & McNaught, P.C.<br>6 Eastman Place<br>Melrose, MA 02176<br>(207) 885-5227 |
| Dated: May 2, 2005 | Dated: May 2, 2005 |