UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE<br>of the MASSACHUSETTS BRICKLAYERS<br>AND MASONS HEALTH AND WELFARE,<br>PENSION AND ANNUITY FUNDS,<br>Plaintiff,<br><br>v.<br><br>STONEWORKS BY RAND, RAND<br>STONEWORKS<br>and BOWDOIN CONSTRUCTION<br>CORPORATION<br>Defendants. | C. A. No. 03-12535-RCL |

**STIPULATED JUDGMENT AND ORDER**

Now, upon application of the Plaintiff, Charles Raso, Trustee of the Massachusetts Bricklayers And Masons Health And Welfare Pension And Annuity Funds (hereinafter "the Funds") and Defendants Stoneworks by Rand and Rand Stoneworks ("the Defendants"), it is hereby:

ORDERED, ADJUDGED AND DECREED that:

1. Defendants shall pay Plaintiff the sum of Fifty-Two Thousand Five Hundred Dollars as follows: Forty-Five Thousand Dollars ($45,000.00) to be paid on the date of the execution of the Settlement Agreement and the balance of Seven Thousand Five Hundred ($7,500.00) to be paid within 120 days of the date of said execution.

2. Failure of the Defendants to honor Article IV of the Agreement between the Bricklayers and Allied Craftsmen Union Local 3 Eastern Massachusetts and Mason Contractors Association of Massachusetts with respect to future contribution payments owed the Funds shall

be considered a violation of this order and subject to a motion for contempt upon application of the Funds to this Court.

_5/11/05_
Dated

_[signature]_
Judge