UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHARLES RASO, TRUSTEE ) <br> of the MASSACHUSETTS BRICKLAYERS ) <br> AND MASONS HEALTH AND WELFARE, ) <br> PENSION AND ANNUITY FUNDS, ) <br>                     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STONEWORKS BY RAND, RAND ) <br> STONEWORKS ) <br> and BOWDOIN CONSTRUCTION ) <br> CORPORATION ) <br>                     Defendants. ) <br> ) | C. A. No. 03-12535-RCL |

**STIPULATION OF DISMISSAL AS TO DEFENDANT BOWDOIN CONSTRUCTION CORPORATION**

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii), as the Plaintiff and Defendant Bowdoin Construction Corporation hereby stipulate to dismiss the above referenced complaint with prejudice and with each party to bear its own costs.

| For the Plaintiff, | For the Defendant, |
|---|---|
| CHARLES LANGONE, as FUND MANAGER <br> Of the NEW ENGLAND TEAMSTERS AND <br> TRUCKING INDUSTRY PENSION FUND, <br> By his Attorney, <br> /s/ Catherine M. Campbell<br>Catherine M. Campbell, BBO #549397 <br> Feinberg, Campbell & Zack, P.C. <br> 177 Milk Street <br> Boston, MA   02109 <br> (617) 338-1976 | BOWDOIN CONSTRUCTION <br> CONSTRUCTION, <br> By their Attorney, <br><br>/s/ Warren H. Brodie<br>Warren H. Brodie Esq., <br>  BBO# 058000 <br> 40 Grove Street <br> Wellesley, MA 02482 <br> (781) 235-1100 |
| Dated: May 18, 2005 | Dated: May 18, 2005 |

For the Defendants,

STONEWORKS BY RAND and
RAND STONEWORKS

By their Attorney,

/s/ Ralph N. Cecere
Ralph N. Cecere, BBO# 550041
McNaught, Cecere &
 McNaught, P.C.
6 Eastman Place
Melrose, MA 02176
(207) 885-5227

Dated: May 18, 2005